**Order entered January 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01468-CV

### JOSETTE HARVEY, Appellant

### V.

### GS SHADOWS, LP, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-10616**

## ORDER

By letter dated December 12, 2018, the Court questioned its jurisdiction over this appeal. In that letter, the Court suspended the deadline for the reporter's record pending resolution of the jurisdictional issue. Before the Court is the January 7, 2019 request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. The issue of this Court's jurisdiction remains pending. Accordingly, we **DENY** the request as premature. If the Court determines it has jurisdiction over the appeal, it will set a new deadline for the reporter's record.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE